IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

AALFS FAMILY PARTNERSHIP, et al.,

                Plaintiffs,

- against -

GSL HOLDINGS, S.A. de C.V., et al.,

                Defendants.

---------------------------------- x

Case No. 1:22-mc-00199-JMF

**SATISFACTION OF JUDGMENT**

    NOTICE IS HEREBY GIVEN that Aalfs Family Partnership, Rodawig Family Ltd. Partnership, William Eric Rodawig Trust, Jon Andrew Rodawig Trust, James Alex Rodawig Trust, and William E. Rodawig Family Trust (collectively "Judgment Creditors"), by and through their undersigned counsel, Bryan Cave Leighton Paisner LLP, do hereby acknowledge receipt and satisfaction in full of the Judgment in a Civil Action entered against GSL Holdings, S.A. de C.V., CMT de la Laguna, S.A. de C.V., Capacidade de Mexico, S.A. de C.V., Inmobiliaria y Bienes Raices de la Laguna, S.A. de C.V., Ropa Siete Leguas Jeans, S.A. de C.V., Industrial Textil de Puebla, S.A. de C.V., Tavemex, S.A. de C.V., Tavex Inmobiliara, S.A. de C.V., Tavex USA, Inc.; Ropa Siete Leguas, Inc. (collectively "Judgment-Debtors") on April 11, 2022 by the United Stated District Court for the Northern District of Iowa in case no. 21-CV-4038-CJW-KEM in the total aggregate amount of $5,802,030.65, plus post-judgment interest, and registered with this Court on July 26, 2022. The Judgment Creditors hereby acknowledge that said judgment is hereby satisfied, released, and discharged in full as to all Judgment-Debtors.

Dated: March 29, 2024

SO ORDERED.

*[signature]*

April 2, 2024

BRYAN CAVE LEIGHTON PAISNER LLP

By: *[signature]*
Courtney J. Peterson
1290 Avenue of the Americas, Fl. 34
New York, NY 10104
T: (212) 541-3187
F: (212) 541-1487
courtney.peterson@bclplaw.com
*Attorneys for Plaintiffs Judgment-Creditors*

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 29th day of March, 2024 before me personally came Courtney J. Peterson to me known and known to be a member of the firm of Bryan Cave Leighton Paisner LLP, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

_____
Notary Public

MICAH J. DOOLEY
Notary Public, State of New York
No. 01DO4753019
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 30, 2027

3

USA.610147905.2/JA6